IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| *JOHN C. DUVALL,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-4160-SRB |
| | ) | |
| *CENTURION OF MISSOURI, LLC,* | ) | |
| *TREVOR FOLEY, and KAREN S. BOEGER,* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CENTURION OF MISSOURI, LLC'S MOTION FOR LEAVE OF COURT TO FILE OVER-LENGTH SUGGESTIONS IN OPPOSITION**

COMES NOW Defendant, Centurion of Missouri, LLC ("Centurion"), by and through its undersigned counsel, and moves for leave to file an over-length Suggestions in Opposition to Plaintiff John C. Duvall's ("Plaintiff") Motion for Class Certification (Doc. 281) and Suggestions in Support (Doc. 282). In support of this motion, Centurion States as follows:

1. Plaintiff filed his Motion for Class Certification (Doc. 281) and Suggestions in Support (Doc. 282) on October 19, 2026.

2. Plaintiff's Suggestions in Support totaled 26 pages, not including the cover page, table of contents, table of authorities, or signature and service blocks.

3. Plaintiff's Suggestions in support exceeded the 15-page limit set by Local Rule 7.0(d)(1)(a).

4. In order to fully and adequately respond to Plaintiff's Motion and Suggestions in Support, Centurion requests leave to file its Suggestions in Opposition in similar length (27 pages,

excluding the cover page, table of contents, table of authorities, or signature and service blocks) to that filed by Plaintiff pursuant to Local Rule 7.0(d)(1)(b).

WHEREFORE, Centurion requests this Court enter an Order granting them leave to file a 27-page Suggestions in Opposition to Plaintiff's Motion for Class Certification and Suggestions in Support, and granting such other and further relief as the Court deems appropriate.

SANDBERG PHOENIX & von GONTARD P.C.

By: *<u>/s/ Dennis S. Harms</u>*
Dennis S. Harms, #58937
Slater G. Felzien, #73110
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
sfelzien@sandbergphoenix.com

*Attorneys for Defendant Centurion of Missouri, LLC*

**Certificate of Service**

I hereby certify that on this the 18th day of November 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ruth Anne French-Hodson
Nathan A. Kakazu
Sarah T. Bradshaw
Hans D. Hodes
Ryan C. Hudson
Bradley S. Thomas
Sharp Law, LLP
rafrenchhodson@midwest-law.com
nkakazu@midwest-law.com
sbradshaw@midwest-law.com
hhodes@midwest-law.com
bthomas@midwest-law.com
rhudson@midwest-law.com
*Attorneys for Plaintiff*

Adam J. Merello
Assistant Attorney General
adam.merello@ago.mo.gov
*Attorney for Defendants*
*Trevor Foley and Karen S. Boeger*

*/s/ Dennis S. Harms*