IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| *JOHN C. DUVALL,* <br><br> Plaintiff, <br><br> v. <br><br> *CENTURION OF MISSOURI, LLC, TREVOR FOLEY, and KAREN S. BOEGER,* <br><br> Defendants. | ) | Case No. 2:23-cv-4160-SRB |

**DEFENDANT CENTURION OF MISSOURI, LLC'S EXHIBIT INDEX TO SUGGESTION IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

| Ex. | Description |
|---|---|
| **A.** | Keith Lueking Deposition Transcript Excerpts |
| **B.** | Dr. Mahdokht Farahani (Aug. 14, 2026, individual) Deposition Transcript Excerpts |
| **C.** | Dr. Mahdokht Farahani (Aug. 25, 2026, 30(b)(6)) Deposition Transcript Excerpts |
| **D.** | Dr. Jeffrey Paskar Deposition Transcript Excerpts |
| **E.** | Defendant Centurion's Supplemental Responses to Plaintiff's 2nd Requests for Production |
| **F.** | Eric Connelly Deposition Transcript Excerpts |
| **G.** | Plaintiff John C. Duvall Deposition Transcript Excerpts |
| **H.** | NCCHC Audit Report–Moberly Correction Center Aug. 23, 2024 |
| **I.** | Defendant Centurion's Second Supplemental Answers to Plaintiff's Fourth Set Interrogatories |
| **J.** | Defendant Centurion's Answers and Objections to Plaintiff's Fifth Set of Interrogatories |
| **K.** | NCCHC Accreditation Report, Report Date Aug. 18, 2023, DUVALL 0316187–88 |