IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JOHN C. DUVALL,
Plaintiff,
Vs. CASE NO. 23-04160-CV-SRB-P
EARL D. SCOTT, et al.,
Defendants.

______________________________

DEPOSITION OF
DR. JEFFREY PASKAR

April 16, 2025
1:00 p.m. - 4:20 p.m.

Lexitas Legal
111 East Broadway, Columbia, Missouri 65203
Stenographically Reported By:
Shelley Bartels, RPR, CCR



INDEX


| EXAMINATIONS | PAGE |
|---|---|
| Direct Examination by Ms. French | 5 |
| Cross-Examination by Ms. Blood | 122 |
| Redirect Examination by Ms. French | 123 |
| Certificate of Reporter | 126 |


EXHIBIT INSTRUCTIONS
Exhibits are attached to the transcript.

EXHIBITS


| | PAGE |
|---|---|
| Exhibit 1 ADA Principles of Ethics | 17 |
| Exhibit 2 Procedure Manual | 21 |
| Exhibit 3 Guidelines for Correctional Dental Health Care System | 54 |
| Exhibit 4 Encounters Report | 68 |
| Exhibit 5 Email to Dr. Paskar | 79 |
| Exhibit 6 12/30/2021 Email from Shenita Freeman | 80 |




EXHIBITS


| | PAGE |
|---|---|
| Exhibit 7 Email | 81 |
| Exhibit 8 Paper Chart for Mr. Duvall | 86 |
| Exhibit 9 Electronic Chart | 109 |
| Exhibit 10 Dr. Paskar's Curriculum Vitae | 115 |




APPEARANCES

ON BEHALF OF PLAINTIFF:
Sharp Law, LLC
4820 West 75th Street
Prairie Village, Kansas 66208
913.228.3675
BY: MS. RUTH ANN FRENCH
rafrench@midwest-law.com
MR. NATHAN A. KAKAZU
nkakazu@midwest-law.com

ON BEHALF OF DEFENDANTS SCOTT, SEGALL, CENTURION, PASKAR, POPE, and FARAHANI:
Sandberg Phoenix, PC
701 Market Street, Suite 600
St. Louis, Missouri 63101
314.231.3332
BY: MS. JENNIFER BLOOD
jblood@sandbergphoenix.com

ON BEHALF OF DEFENDANT JACKSON:
Eckenrode Maupin
11477 Olde Cabin Road, Suite 110
St. Louis, Missouri 63141
314.726.6670
BY: MR. DWIGHT VERMETTE (via Zoom)
dav@eckenrode-law.com

ON BEHALF OF DEFENDANTS FOLEY, MORRISS, and BOEGER:
Missouri Attorney General's Office
221 West High Street, 8th Floor
Jefferson City, Missouri 65101
573.751.3321
BY: MS. OLIVIA L. FINLEY (via Zoom)
olivia.finley@ago.mo.gov

EXHIBIT
D



888-893-3767 Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com California Firm Registration #179
LEXITAS

**them to continue with somebody if you do -- if you do decide to not see that patient.**

Q. And part of it would be also if you start treatment -- and we'll get into the treatment that you've given and you've already talked about doing it within a month, but -- so not necessarily thinking about your own treatment, but if you start a treatment, you should make sure that that treatment happens if you've got a -- yeah, a treatment plan for someone, that the treatment plan should be fulfilled or they have another way to receive the care on the treatment plan. Is that correct?

MS. BLOOD: Objection; form.

You can answer.

**THE WITNESS: Yeah. I -- yes, that's correct.**

BY MS. FRENCH:

Q. Okay. The Missouri Department of Corrections also has a procedure manual for dental and oral care. Are you aware of the Missouri Department of Corrections manual?

**A. Yes.**

MS. FRENCH: Let's mark this one as No. 2.

(Exhibit 2 was marked for identification.)

BY MS. FRENCH:



Q. Handing to you what's been marked as Exhibit No. 2. Is this the procedure manual that we were referring to that you are aware of?

**A. Yes, I've seen this.**

Q. And these -- were these guidelines in place when you were at both Fulton and Jefferson City Correctional Center?

**A. Yes.**

Q. Did Dr. Jackson provide you with these -- with this procedure manual?

**A. I don't know who provided it. I mean, they came in, I believe in an email. I do have a written one on my shelf, so I don't know if it was something I printed from an email or we were provided them.**

Q. And would that -- when you were provided with the procedure manual, would that have been when you started at Fulton or at a later point in time or is it done on a regular basis?

**A. So this is an updated version that we were provided. And I was provided another one when I was hired.**

Q. Okay. So turning to page 3, you had mentioned this is an updated one, it says here this was revised in 2020?



**A. Uh-huh.**

Q. Would that have been when you received this updated copy?

**A. Yes.**

Q. Let's start with the purpose of the procedure manual. The purpose says, This procedure has been developed to ensure dental and oral care under the direction and supervision of a licensed dentist is provided to each offender in a timely manner and to provide continuity of care to offenders throughout the offenders' incarceration.

Did I read that correctly?

**A. Yes.**

MR. VERMETTE: Ruth Anne, I'm sorry, but I can just make an objection as to Exhibit 2 being referred to as a policy or procedure manual. I don't believe it's a manual. I believe it is a part of the policies and procedures.

But subject to that, Doctor, you can answer.

BY MS. FRENCH:

Q. Okay. That's fine. Dr. Paskar, do you mind reading into the record the first three lines at the top of the exhibit.

**A. The lines that you just read?**



Q. No. The first -- at the very top, the first three lines.

**A. Missouri Department of Corrections Institutional Services Procedure Manual.**

Q. That's it. Thank you. And then the effective date is August 16th, 2020. Correct?

**A. Yes.**

Q. And from the statement do you understand that one of the goals for Missouri institutional dental care is also ensuring care in a timely manner?

**A. Yes.**

Q. If we turn to page 2, this is -- it's labeled under paragraph J, called Responsible Dentists. And it defines a responsible dentist as someone who supervises clinical judgments regarding the dental care provided to offenders. This includes establishing and implementing procedures for clinical aspects of the program, monitoring the appropriateness, timeliness, and responsiveness of dental care and treatment, and reviewing the recommendations for treatment of offenders made by health care providers in the community.

When you started, was Dr. Jackson the responsible dentist for Missouri Department of Corrections?



Case 2:23-cv-04160-SRB Document 235-5 Filed 11/18/25 Page 2 of 2