IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| *JOHN C. DUVALL,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-4160-SRB |
| | ) | |
| *EARL D. SCOTT, KEITH SEGALL, CENTURION OF MISSOURI, LLC, ERNEST JACKSON, and DR. PASKAR, DDS,* | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT CENTURION OF MISSOURI, LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION</u>**

COMES NOW Defendant, Centurion of Missouri, LLC, by and through its undersigned attorneys, Sandberg Phoenix & von Gontard P.C., and for its Supplemental Responses to Plaintiff's Second Set of Requests for Production states as follows:

**<u>GENERAL OBJECTION</u>**

**Defendant did not begin providing health care services to offenders in the Missouri Department of Corrections system until November 16, 2021. Thus, any request for information or materials prior that date is *per se* overbroad and unduly burdensome. This General Objection is incorporated into each response below as if fully set forth therein.**

**Request No. 1:** Produce all policies that were in effect on or after August 24, 2018, governing Your provision of dental care of inmates at any Correctional Center.

<u>RESPONSE</u>: Defendant objects to this request as overbroad, unduly burdensome, not proportionate to the needs of the case, and seeking information that is not relevant to the claim or defense of any party and not reasonably calculated to lead to admissible evidence.

**<u>SUPPLEMENTAL RESPONSE:</u> Pursuant to the agreement of Plaintiff's counsel that answering subject to an objection does not waive the objection, and subject to the previously served objections, Centurion of Missouri is required by its contract with the Missouri Department of Corrections to utilize the policies of the Missouri Department of**



EXHIBIT
E

**Corrections. Thus, any request for policies must be directed to the Missouri Department of Corrections.**

**Request No. 2:** Produce all policies that were in effect on or after August 24, 2018, governing Your provision of pain medication to inmates at any Correctional Center.

RESPONSE: Defendant objects to this request as overbroad, unduly burdensome, not proportionate to the needs of the case, and seeking information that is not relevant to the claim or defense of any party and not reasonably calculated to lead to admissible evidence.

**SUPPLEMENTAL RESPONSE: Pursuant to the agreement of Plaintiff's counsel that answering subject to an objection does not waive the objection, and subject to the previously served objections, Centurion of Missouri is required by its contract with the Missouri Department of Corrections to utilize the policies of the Missouri Department of Corrections. Thus, any request for policies must be directed to the Missouri Department of Corrections.**

**Request No. 3:** Produce all policies governing how medical records for inmates at JCCC are created and maintained by medical providers that are employed by You or with whom You contract.

RESPONSE: Defendant objects to this request as overbroad, unduly burdensome, not proportionate to the needs of the case, and seeking information that is not relevant to the claim or defense of any party and not reasonably calculated to lead to admissible evidence.

**SUPPLEMENTAL RESPONSE: Pursuant to the agreement of Plaintiff's counsel that answering subject to an objection does not waive the objection, and subject to the previously served objections, Centurion of Missouri is required by its contract with the Missouri Department of Corrections to utilize the policies of the Missouri Department of Corrections. Thus, any request for policies must be directed to the Missouri Department of Corrections.**

**Request No. 5:** Produce all contracts in effect on or after August 24, 2018, that You have with the Missouri Department of Corrections that govern Your provision of medical and dental services at any Correctional Center.

RESPONSE: The contract between the Missouri Department of Corrections and Centurion of Missouri, LLC is a publicly available document that is equally available to Plaintiff without undue burden or expense.

**SUPPLEMENTAL RESPONSE: Defendant's contract with the Missouri Department of Corrections (Contract Number CS210318001) is publicly available and can be located at https://awardedsearch.oa.mo.gov/PublicAccess/index.html.**

**Request No. 6:** Produce all purchase orders and receipts for any and all supplies used by You or anyone employed by You or contracted with by You in connection with providing dental services to inmates at JCCC.

RESPONSE: Defendant objects to this request as not proportional to the needs of the case, overbroad, unduly burdensome and seeking disclosure of information and materials not relevant to the claim or defense of any party and not reasonably calculated to lead to the discovery of admissible evidence.

**SUPPLEMENTAL RESPONSE: Pursuant to the agreement of Plaintiff's counsel that answering subject to an objection does not waive the objection, and subject to the previously served objections, see spreadsheets attached hereto and incorporated herein by reference as Duvall 1 - Duvall 5 reflecting Defendant's purchases of dental supplies for use at Jefferson Correctional Center (JCCC) from the date Defendant began providing care at JCCC through the end of 2023.**

**Request No. 7:** Produce the personnel file maintained by You for the other Defendants.

RESPONSE: Defendant objects to providing the full personnel file for the individual defendants containing their home addresses, telephone numbers and private financial information, which is overbroad and unduly burdensome by creating a security risk for the individual defendants and the facility at which Plaintiff is currently housed.

**SUPPLEMENTAL RESPONSE: Pursuant to the agreement of Plaintiff's counsel that answering subject to an objection does not waive the objection, and subject to the previously served objections, see personnel files of Drs. Scott, Segal and Paskar attached hereto and incorporated herein by reference as Duvall 6 - Duvall 78. Private financial information and addresses/telephone numbers were redacted to protect the privacy of the individual defendants and eliminate institutional security concerns.**

**Request No. 16:** Produce all documents and communications related to dental staffing needs and/or levels at any Correctional Center.

RESPONSE: Defendant objects to this request as overbroad, unduly burdensome, not proportionate to the needs of the case, and seeking information that is not relevant to the claim or defense of any party and not reasonably calculated to lead to admissible evidence.

**SUPPLEMENTAL RESPONSE: Defendant will produce additional materials responsive to this Request, subject to the foregoing objection, once an ESI protocol is finalized.**

**Request No. 17:** Produce all documents and communications related to wait times for dental procedures at any Correctional Center.

RESPONSE: Defendant objects to this request as overbroad, unduly burdensome, not proportionate to the needs of the case, and seeking information that is not relevant to the claim or defense of any party and not reasonably calculated to lead to admissible evidence.

**SUPPLEMENTAL RESPONSE: Defendant will produce additional materials responsive to this Request, subject to the foregoing objection, once an ESI protocol is finalized.**


SANDBERG PHOENIX & von GONTARD P.C.

By: ______________________________

Dennis S. Harms, #58937
Katherine M. Grady, #71273
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
kgrady@sandbergphoenix.com

*Attorneys for Defendants Earl Scott, MD, Keith Segall, MD, Centurion of Missouri, LLC, and Jeffrey Paskar, DDS*

## Certificate of Service

The undersigned certifies that a copy of the foregoing *Defendant Centurion of Missouri, LLC's Supplemental Responses to Plaintiff's Second Set of Requests for Production* was sent via electronic mail, this 29th day of May, 2024, to the following counsel of record:

Ruth Anne French-Hodson
Nathan A. Kakazu
Sharp Law, LLP
rafrenchhodson@midwest-law.com
nkakazu@midwest-law.com
*Attorneys for Plaintiff*

J. Thaddeus Eckenrode
Eckenrode-Maupin
jte@eckenrode-law.com
*Attorneys for Defendant Dr. Ernest Jackson*



______________________________