Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JOHN C. DUVALL,
PLAINTIFF

VS. Case No. 23-04160-CV-SRB-P

CENTURION OF MISSOURI,
LLC, MAHDOKHT FARAHANI,
TREVOR FOLEY, and KAREN S.
BOEGER DEFENDANTS

---

VIDEOTAPED ZOOM ORAL DEPOSITION
OF
ERIC CONNELLY
(Taken on September 15, 2026 at 9:16 a.m.)

---

Page 2

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
Nathan A. Kakazu, Esquire
Hans D. Hodes, Esquire
Sharp Law, LLP
4820 W. 75th St.,
Prairie Village, KS 66208
Telephone: (913) 901-0505
nkakazu@midwest-law.com
ON BEHALF OF THE DEFENDANTS:
Michael Rose, Esquire
Adam Merello, Esquire
Attorney Generals Office
Supreme Court Building
207 W. High Street
Jefferson City, MO 65101
michael.rose@ago.mo.gov
and
Dennis Harms, Esquire
SANDBERG PHOENIX
701 Market St., 6th floor
St. Louis, MO 63101
dharms@sandbergphoenix.com
Videographer - Travis Newton

Page 3

I N D E X

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . 1
APPEARANCES . . . . . . . . . . . . . . . . . . . . . . . 2
STIPULATION PAGE . . . . . . . . . . . . . . . . . . . . . 5
WITNESS: ERIC CONNELLY
Examination by Mr. Kakazu. . . . . . . . . . . . . . . . 6
Cross Examination by Mr. Harms . . . . . . . . . . . . 100
Redirect Examination by Mr. Kakazu . . . . . . . . . . 112
Re-cross Examination by Mr. Harms. . . . . . . . . . . 114
Deposition Concluded . . . . . . . . . . . . . . . . . 116
COURT REPORTER'S CERTIFICATE . . . . . . . . . . . . . . . 117

EXHIBITS: IDENTIFIED:
1 - Chart Guide 10-8-24 . . . . . . . . . . . . . . . . . . 25
2 - HSR Tracking Report . . . . . . . . . . . . . . . . . . 35
3 - Report Request. . . . . . . . . . . . . . . . . . . . . 37
3(a) - Filling and Extraction Report. . . . . . . . . . . . 61
4 - Email from Ms. Mosely . . . . . . . . . . . . . . . . . 67
5 - Email Attachment. . . . . . . . . . . . . . . . . . . . 67
6 - Email from Ms. Kelly. . . . . . . . . . . . . . . . . . 70
7 - Treatment List. . . . . . . . . . . . . . . . . . . . . 70
8 - Email Bates Labeled 079717. . . . . . . . . . . . . . . 72
9 - Email Bates Labeled 102393. . . . . . . . . . . . . . . 73
10 - Email from Mr. Connelly. . . . . . . . . . . . . . . .74

Page 4

INDEX (CONTINUED)

11 - Email from Ms. Sarchett. . . . . . . . . . . . . . . . 79
12 - Spreadsheet. . . . . . . . . . . . . . . . . . . . . . 80
13 - Email from Adam Smith. . . . . . . . . . . . . . . . . 93
14 - Workflow Sheet Bates Labeled 113920. . . . . . . . . . 94
15 - Future Workflow Sheet Bates Labeled 113935 . . . . . . 95

EXHIBIT
F

Q What do you mean by, the system does not help anybody, kind of -- say that last part again?
A **The -- essentially, the user interface for the system is not friendly in any way, shape or form, and so, that can make the information that is entered into those things, including charting guides, can be difficult to determine the accuracy.**
Q Is this more -- what I hear you saying is the user interface can lead to data errors; is that fair?
A **Absolutely.**
Q When you do have an HSR number, does it make running a report easier?
A **No.**
Q Why not?
A **Because the majority of the time that we would include that type of information, there's nothing that requires you to enter an HSR number associated within a chart, which can mean that those show up as null values, and those null values provide little to no insight, and it can make it difficult to actually create mechanisms built on anything related to the HSRs.**
Q Okay. So let's -- I think I understand where -- I think some of what I'm hearing you say is because HSRs are so inconsistent about whether they have numbers, you generating a report using -- trying to get that information would -- would possibly miss stuff; is that fair?



A **Absolutely.**
Q Okay. Let's say in a perfect world, all HSRs have a number, would it be easier to write a code to kind of track an HSR through its life if there was this perfect world and all HSRs have a number?
A **Can I kind of give my explanation in a couple --**
Q -- yeah --
A **-- pieces here?**
Q Absolutely.
A **So the HSR is having a number is less relevant than I think having a electronic tracking system for those HSRs so we can track the life cycle of them.**
Q And what it is -- what do you mean by, an electronic tracking system?
A **In my -- yes, in my perfect world -- in my perfect world, I would be able to have a resident submit an HSR via a tablet or a kiosk, have that HSR live in the back end of the electronic health record system so I could track the lifecycle from when that got submitted to when it got triaged to when whatever service got addressed and have those things be linked through reference IDs throughout the chain of the process, but that's not how MOCIS is set up.**
Q And so, the reference ID would essentially be a system-generated HSR number that gets created when the offender submits the electronic HSR; is that what I'm understanding,



right?
A **Yeah.**
Q Okay. This is, I mean, I had a little bit my outline, but, I understand MODOC is looking for an electronic health record system to replace MOCIS; is that right?
A **That is right.**
Q And I also understand that one of the features that MODOC is looking for is an electronic health record -- electronic HSR system; is that right?
A **Absolutely.**
Q I know you said you didn't work with HSR reports. I still got one recently and I just want to see if you can help with what possibly this is pulling from, so this is going to be Exhibit 2, and this has the Bates labeled Duvall 0317101. Can you see that okay, Eric?
A **Yes.**
(Exhibit No. 2 is entered into the record.)
BY MR. KAKAZU:
Q So what I am interested in, so we have the DOC ID, which is the offender's DOC ID, the identifier they have in the DOC system, correct?
A **Yes.**
Q Then offender name, that's just the offender's name, correct?
A **Yes.**



Q And you have HSR number, which is the HSR number, HSR date, presumably the date when they -- is it -- do you know if it's a date the offender submits the HSR or when it is entered into the system?
A **I believe it's whatever the person who is entering that chart is -- I don't think that there's a -- I -- and if there is a training component about it, I am not aware of that, but I am aware that it's been inconsistent historically.**
Q Okay. Protocol is column E, do you know where this -- what information this is, this column is showing?
A **I did not write this report. My assumption is that that comes from that protocol and charts kind of relation where you can manually link an HSR to a chart that is done. Whether -- there is nothing that prompts you to do that though.**
Q As I understand it, MOCIS cannot require you to take certain steps; is that accurate?
A **That's correct.**
Q And that is something that an electronic health record system might be able to do for you?
A **Absolutely.**
Q I'm gonna go to column I, it says, provider appointment. Do you know what -- do you have any idea what that column might be pulling?
A **No.**
Q Pull that down. I think we said before -- well, you may

**system was not good and that we were hoping to get a new one. And it's taken years to get that through, but.**

Q Okay. The first one that you remember hearing about that process happened in and around the fall of 2023, is my understanding; is that right?

**A It may have been before that, because I wasn't a part of any conversations regarding a new EHR other than being offhandedly mentioned that we would like to get a new one.**

Q Okay. In my understanding you right that you have been told that this demo that happened before you started did not perform well and that's why they didn't go with that system?

**A No.**

Q Okay. Do you know why that's that system that was demoed before you were there as -- did anyone tell you why that system was not chosen?

**A I did not.**

Q Okay.

**A No one told me that.**

Q Since you've been at the DOC has been finding a replacement -- or not a replacement, finding the EHR system, has that been a constant goal of the DOC?

**A It officially got approved, I believe last fiscal year.**

Q Okay. Have there been attempts to get it approved before last fiscal year?

**A Yes.**



Q Who needed to approve that request?

**A I believe the OA budget as well as DOC budget and leadership at all levels, including, you know, like the governor's office.**

Q All right. So it was approved last fiscal year, meaning -- well, the fiscal year in Missouri, do you know when that run -- what -- what the start and end dates for the fiscal year in Missouri are?

**A I believe it's July 1st to June 30th.**

Q And so the approval for the new EHR system would have happened fiscal year 26 meaning sometime between July 1st, 2025 through June 30th, 2026; is that right?

**A Yeah.**

Q Okay. Fiscal year '25, the request for a new EHR system was denied. Do you know if there was any specific person or entity that caused that approval to be denied?

**A I don't know.**

Q In fiscal year '24, I believe, would have been your first year, do you know if a request was made for a new EHR?

**A I'm not sure.**

Q My understanding is that you are involved in the EHR project, is that a correct assumption?

**A That is.**

Q What would you describe your role in kind of the procurement process to be?



**A I'm the Technical Project Manager.**

Q What does that mean Technical Project Manager?

**A So regarding the less of -- less of the financials, more of the implementation side of things, so how can we make sure that this works and actually serves our -- our constituents.**

Q How long -- or yeah, how long have you held that kind of role in this process?

**A Since the start of fiscal year '26.**

Q In regards to the implementation, the stuff that you are more interested in, what are the priorities or what are the priority features of an EHR that you are hoping to implement?

**A There's a lot. I would start -- electronic HSR tracking being an obvious one, it's something that we don't, at the CSC central office level, have that great of insight into currently. Additionally, something as simple as required fields like making somebody answer a question before they submit a document so we can validate that data as accurate, might would be two key priorities. And then data migration would be the other big one would be being able to offload a bunch of the information that's in MOCIS into a new record system in order to maintain continuity of care and ensure that there's no lapses in treatment.**

Q Presumably, also some of the historical information from MARS will need to be ported over as well?

**A I think there's still discussions going on about how**



**we're going to do that. I believe the majority of what was deemed critical information had already been migrated to MOCIS and so we should be able to use those.**

Q Okay. Electronic EHR system, let's talk about that for just a quick sec. Actually, let's put a pin in that and I ask you a different question first. What's the status of the EHR search?

**A We're currently in the procurement process, waiting to hear back from approval from OA.**

Q Have you identified a vendor that you would like to go with?

**A We have.**

Q How long or -- let me first -- how long is OA expected to take before they render a yes or no decision on whether to approve that?

MR. MERELLO: Object to form.

BY MR. KAKAZU:

**A I have not been given an answer on that.**

Q Is there any legal requirement for how fast OA has to respond?

**A I don't know.**

Q Let's say OA says yes tomorrow, how long would it take to get this new EHR system up and running?

**A Our timeline that we set out in our requirements is 12 to 18 months from start date for implementation.**