1145 W Diversey Pkwy
Chicago, Illinois
60614-1318
773-880-1460 phone
www.ncchc.org
accreditation@ncchc.org

NATIONAL COMMISSION
ON CORRECTIONAL HEALTH CARE

# Health Services Accreditation Focus Survey Report

## Moberly Correctional Center
## Moberly, Missouri

**Survey Date: June 13, 2024**

**Report Date: August 23, 2024**

EXHIBIT

H

DEFENDANT'S EXHIBIT
A
LUEKING 7/1/26

This accreditation report, including any attachments, is intended solely for the use of the recipient facility and contains confidential information which may be legally protected from disclosure.

Moberly Correctional Center, MO
Focus Survey
August 23, 2024

The National Commission on Correctional Health Care is dedicated to improving the quality of correctional health services and helping correctional facilities provide effective and efficient care. NCCHC grew out of a program begun at the American Medical Association in the 1970s. The standards are NCCHC's recommended requirements for the proper management of a correctional health services delivery system. These standards have helped correctional facilities improve the health of their inmates and the communities to which they return, increase the efficiency of their health services delivery, strengthen their organizational effectiveness, and reduce their risk of adverse patient outcomes and legal judgments.

On November 13-15, 2023 NCCHC conducted its blended review for continuing accreditation of the Moberly Correctional Center under the NCCHC *2018 Standards for Health Services in Prisons*. On February 9, 2024, NCCHC awarded provisional accreditation, and directed that compliance be assessed via a focus on-site survey to occur before June 30, 2024; this survey occurred on June 13, 2024. This report focuses primarily on issues that required corrective action for compliance with the standards and is most effective when read in conjunction with NCCHC's February 9, 2024 report.

## ESSENTIAL STANDARDS

There are 39 essential standards, 37 are applicable to this facility and 37 (100%) were found to be in full compliance. One hundred percent (100%) of the applicable essential standards must be met to achieve accreditation. ***The Moberly Correctional Center has now met this condition.***

Listed below are standards that were not compliant, partially compliant, or not applicable.

Standard number and name not compliant:
None

Standard number and name partially compliant
None

Standard number and name not applicable:
P-E-02 Receiving Screening
P-F-05 Counseling and Care of the Pregnant Inmate



Case 2:23-cv-04160-SRB Document 295-9 Filed 11/18/26 Page 2 of 15

## Important Standards

There are 21 important standards; 18 are applicable to this facility and 18 (100%) were found to be in compliance. Eighty-five percent or more of the applicable important standards must be met. If a facility meets or exceeds the 85% threshold of compliance, submission of corrective action is not required. NCCHC encourages facilities to address all important standards that have non-compliance issues. ***The Moberly Correctional Center has met this condition.***

Listed below are standards that were not compliant, partially compliant, or not applicable.

Standard number and name not compliant:
None

Standard number and name partially compliant:
None

Standard number and name not applicable:
P-B-06 Contraception
P-C-08 Health Care Liaison
P-G-07 Executions

Updated Decision: On August 23, 2024, based on the results of a recent focus survey, Moberly Correctional Center was granted an accreditation decision of Accredited. It is anticipated that the next scheduled survey will occur sometime prior to November 2026.

Decision: On February 9, 2024, NCCHC's Accreditation and Standards Committee awarded provisional accreditation; compliance verification will take place through a focus survey prior to June 30, 2024.

| P-A-01 Access to Care (E). | | | |
|---|---|---|---|
| | *The compliance indicator is:* | | |
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. The responsible health authority identifies and eliminates any unreasonable barriers, intentional and unintentional, to inmates receiving health care. | X | | |

**Comments:**

While the facility provides adequate medical and mental health care, there is no dentist, nor is there a means in the system whereby inmates' dental health can be assessed, treated, or corrected. Inmates who complain of dental pain or infection are seen by the medical nurse practitioner, who can treat with antibiotics, but there is no dental treatment beyond that.

Refer to J-E-06 for additional information on oral care.

**Corrective action:**

The facility is to submit corrective action to NCCHC for Compliance Indicator #1.

The facility should undertake a comprehensive review of the delivery of oral health care services. As described in detail above, ***the current system*** is inadequate. Access to care means that, in a timely manner, a patient can be seen by a clinician, be given a professional clinical judgment, and receive care that is ordered. This standard intends to ensure that inmates have access to care to meet their serious health needs and is the principle on which all NCCHC standards are based. Unreasonable barriers to inmates' access to oral health services are to be avoided. The facility should carefully review and improve each step of accessing health care in the facility. Acceptable documentation includes:

- Detailed short -term plan by the RHA that addresses:
  - How dental services will be provided to address the current backlog of dental care services requests
  - How dental coverage will be provided on-site with consistent coverage sufficient to meet the needs of the facility until a full-time dentist is hired
- RHA to provide a detailed summary of effort regarding what the facility had done to hire and maintain a full-time dentist **and** provide a summary of regarding next steps and what will be done to hire and maintain a full-time dentist to ensure adequate dental services coverage at this facility

**Focus Survey Results as of June 13, 2024:**

Following the accreditation survey in November 2023, the facility immediately brought in various dentists from other prisons to provide care on an "as-available" basis to the inmates. While recruiting was on-going, the facility continued to expand the search for a full time dentist. Efforts were made by way of postal mailings, email blasts across three states, Zoom calls and presentations, cold calling, visiting community providers, contacting local universities, postings on various employment networking sites, etc. The search was finally successful, and a new full-time dentist was hired May 31, 2024, and began working June 3, 2024. From January through March 2024, a temporary dental service was contracted and began working on-site three days a week. Beginning in April and going through May, the statewide dental director took over the care for the inmates on site. She established a thorough triage and prioritization program. She began to see patients who were on the dental waiting list and provided immediate and urgent care to those in need. She also established a waiting list according to acuity. The state dental director debriefed the newly hired dentist on the established dental waiting list and prioritization once he began on June 3, 2024. Also at the time of this focus survey, the facility was seeking a full-time assistant for the dentist. **The standard is now fully met.**

| P-A-02 Responsible Health Authority (E). | | | |
|---|---|---|---|
| | *The compliance indicator is:* | | |
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. The RHA arranges for all levels of health care and ensures quality, accessible, and timely health services for inmates. | X | | |
| 2. The RHA's responsibilities are documented in a written agreement, contract, or job description. | X | | |
| 3. The RHA must be on-site at least weekly. | X | | |
| 4. Final clinical judgments rest with a single, designated, licensed *responsible physician*. | X | | |
| 5. Where there is a separate organizational structure for mental health services, there is a *designated mental health clinician*. (may be N/A) | NA | | |
| 6. Where there is a separate organizational structure for dental services, there is a *designated dental clinician*. (may be N/A) | NA | | |
| 7. The responsible physician (and designated mental health clinician and dental clinician, if applicable) is available to the facility frequently enough to fulfill the position's clinical and administrative responsibilities. | X | | |
| 8. All aspects of the standard are addressed by written policy and defined procedures. | X | | |
| Comments: | | | |
| There is no designated dental clinician (See P-A-01 Access to Care) | | | |
| Corrective action: | | | |
| Refer to P-A-01, as corrective action in that standard will sufficiently meet the needs of this standard as well. | | | |
| Focus Survey Results as of June 13, 2024: | | | |
| Refer to the survey results as noted in P-A-01. **The standard is now fully met.** | | | |

| P-A-06 Continuous Quality Improvement Program (E). | | | |
|---|---|---|---|
| | *The compliance indicator is:* | | |
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. The responsible health authority establishes a continuous quality improvement program that includes a *quality improvement committee* with representatives from the major program areas. The committee meets as required but no less than quarterly. The committee: | | | |

| | | | |
|---|---|---|---|
| a. Identifies aspects of health care to be monitored and establishes *thresholds* | X | | |
| b. Designs quality improvement monitoring activities | X | | |
| c. Analyzes the results for factors that may have contributed to below threshold performance | X | | |
| d. Designs and implements improvement strategies to correct the identified health care concern | X | | |
| e. Monitors the performance after implementation of the improvement strategies | X | | |
| 2. CQI meeting minutes or summaries are made and retained for reference, and copies are available and reviewed by all appropriate personnel. | X | | |
| 3. *Health record reviews* are done under the guidance of the responsible physician or designee to ensure that appropriate care is ordered and implemented and that care is coordinated by all health staff, including medical, dental, mental health, and nursing. | X | | |
| 4. Beyond chart reviews, the responsible physician is involved in the CQI process. | X | | |
| 5. When the committee identifies a site-specific health care concern from its monitoring, a *process* and/or *outcome quality improvement study* is initiated and documented. | X | | |
| 6. At least one process and/or outcome quality improvement study is completed per year. | X | | |
| 7. The committee documents a written annual review of the effectiveness of the CQI program by reviewing CQI studies and minutes of CQI, administrative, and/or staff meetings, or other pertinent written materials. | X | | |
| 8. All aspects of the standard are addressed by written policy and defined procedures. | X | | |

**Comments:**

The CQI committee meets regularly and has an effective program. We reviewed the CQI studies and found them to be robust and productive. However, due to staff turnover and a change in medical vendor, there was no documentation regarding the annual reviews of the effectiveness of the CQI program.

**Corrective action:**

The facility is to submit corrective action to NCCHC for Compliance Indicator #7. Acceptable documentation and evidence of compliance includes:

- A joint plan by the RHA and facility administrator that addresses how a written annual review of the effectiveness of the CQI program will be completed each year and

| |
|---|
| documentation will be maintained in accordance with this standard going forward<br>• A copy of the annual review of the CQI program's effectiveness for calendar year 2023<br>• Submission of any applicable policy and procedures changes made (with changes highlighted for easy identification by NCCHC staff) |
| Focus Survey Results as of June 13, 2024: |
| At the time of the accreditation survey in November, the new contractor was in place; however, documents from the previous vendor were not available. The new vendor's policies address how the annual review of the effectiveness of the CQI program will be completed. The written summary is to be completed by February 15 each year. Documents are kept in binders until the facility establishes a shared electronic drive where these documents will be stored for future surveys and will be left in the facility in the event of a vendor change. Discussions regarding a shared electronic drive were underway at the vendor's corporate office at the time of this survey.<br><br>The HSA provided the written annual review of the CQI program for 2023 for our review. CQI studies and minutes of CQI meetings were reviewed, administrative and staff meetings as well other pertinent areas were also addressed in the review. **The standard is now fully met.** |

| **P-B-03 Clinical Preventive Services (E).** | | | |
|---|---|---|---|
| | *The compliance indicator is:* | | |
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. The responsible physician determines the medical necessity and/or timing of screenings and other preventive services (e.g., mammograms, colorectal screening, prostate screening, Pap smears). | X | | |
| 2. The responsible physician determines the frequency and content of periodic health assessments. | X | | |
| 3. The dentist determines the frequency and content of periodic dental evaluations. | X | | |
| 4. The responsible physician determines the medical necessity and/or timing of screening for communicable diseases (e.g., HIV, syphilis, gonorrhea, chlamydia), to include laboratory confirmation, treatment, and follow-up as clinically indicated. | X | | |
| 5. Immunizations are administered to patients as clinically indicated. | X | | |
| 6. All aspects of the standard are addressed by written policy and defined procedures. | X | | |
| Comments: | | | |
| All inmates are offered annual medical assessments; inmates with medical conditions may receive further health assessments. Inmates who are age appropriate or symptomatic of potential disease are screened appropriately. | | | |

| |
|---|
| However, the frequency and content of periodic dental examinations has not been identified, nor have any dental examinations been completed since dental care is not available to inmates due to the facility having no access to dental care (See P-A-01 Access to Care.) |
| Corrective action: |
| The facility is to submit corrective action to NCCHC for Compliance Indicator #3. Acceptable documentation and evidence of compliance includes:<br>• A joint plan by the RHA, responsible physician, and dentist that addresses the frequency and content of periodic dental evaluations<br>• Submission of any applicable policy and procedure changes made (with changes highlighted for easy identification by NCCHC staff)<br>• Evidence of staff training, including course content and attendance records (sign in sheets) for all staff involved in the identification, referral / scheduling, and / or clinical treatment needs for periodic dental examinations |
| Focus Survey Results as of June 13, 2024: |
| With the assistance of the statewide dental director, facility policies were updated to include that each inmate will receive a periodic dental evaluation each year on or before the inmate's date of birth. Training was provided in two staff meetings to ensure all staff received it, which the attendance rosters verified. In addition, the state's electronic medical record form for dental care was updated to include an annual comprehensive dental exam. We reviewed the new policy and form to verify compliance. **The standard is now fully met.** |

| **P-D-01 Pharmaceutical Operations (E).** | | | |
|---|---|---|---|
| | *The compliance indicator is:* | | |
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. The facility complies with all applicable state and federal regulations regarding prescribing, *dispensing*, *administering*, *procuring,* and *disposing* of pharmaceuticals. | X | | |
| 2. The facility maintains procedures for the timely procurement, dispensing, *distribution*, *accounting*, and disposal of pharmaceuticals. | X | | |
| 3. The facility maintains records as necessary to ensure adequate control and accountability for all medications, except those that may be purchased over the counter. | X | | |
| 4. The facility maintains maximum security storage of, and accountability by use for, Drug Enforcement Agency *(DEA)-controlled substances*. | X | | |
| 5. Drug storage and medication areas are devoid of outdated, discontinued, or recalled medications, except in a designated area for disposal. | X | | |
| 6. A staff or consulting pharmacist documents inspections and consultations of all sites, including satellites, at least quarterly. | X | | |

| | | | |
|---|---|---|---|
| 7. All medications are stored under proper conditions of sanitation, temperature, light, moisture, ventilation, segregation, and security. | X | | |
| 8. Antiseptics, other medications for external use, and disinfectants are stored separately from internal and injectable medications. Medications requiring special storage (e.g., refrigeration) for stability are so stored. | X | | |
| 9. An adequate and proper supply of antidotes and other emergency medications (e.g., naloxone, epinephrine) and related information are readily available to the staff. | X | | |
| 10. The poison control telephone number is posted in areas where overdoses or toxicologic emergencies are likely. | X | | |
| 11. All aspects of the standard are addressed by written policy and defined procedures. | X | | |

**Comments:**

Medication administration for the general population inmates is done properly and in accordance with standards and normal practices. However, due to the structural layout of the segregation building, such as stairs to go up in the unit and stairs to get to the second floor of cells, the medication cart cannot be pushed onto the unit. The medications are dispensed into individual packets at the health clinic, with inmates' name, number, date, and dose written on the envelope. The envelopes are placed into a bag, rather than a secured/locked box or medication cart, including controlled substance medications, and are carried to the unit unsecured and administered upon arrival. Pill pass can be completed by RNs, LPNs, or level one medical aids. The segregation unit houses approximately 150 inmates. The standard requires compliance with state and federal regulations for medication administration. NCCHC does not support pre-pouring of medications. Additionally, we are unsure of the scope of practice that is authorized by the state pharmaceutical board for this type of medication dispensation by nurses, nor was evidence provided this practice was allowable.

**Corrective action:**

The facility is to submit corrective action to NCCHC for Compliance Indicator #1. Acceptable documentation and evidence of compliance includes:

- A plan by the RHA and facility administrator that addresses:
    - A review of the jurisdiction's allowable dispensing practices to ensure medication pass procedures are consistent with nursing scope of practice guidelines allowable in the jurisdiction
    - A review of safety precautions utilized for medication administration in the event pre-pouring of medications practices continue in restrictive housing areas.
    - How the facility will comply with all applicable state and federal regulations regarding *dispensing and administering* pharmaceuticals, in the event current practices are not authorized under the allowable scope of practice guidelines
- While NCCHC understands the challenges presented by physical location issues such as accessibility to second tiers and inmates in restrictive housing, the consensus at NCCHC is that pre-pouring of medications is an unsafe and risky practice. In the event the facility leadership believes they have tried and cannot avoid a pre-pouring of medications in special circumstances, the RHA is to provide a request in writing stating why they need to pre-pour medications and the safety precautions they are taking to administer medications safely.

- Evidence of staff training for all involved in administering of pharmaceuticals including course content and attendance records (i.e., sign in sheets)
- Evidence of implementation of medication pass administration in the segregation unit other than pre-pouring in another location that ensures nursing staff are acting within their scope of practice in the State, or evidence the current dispensing practices are compliant with state scope of practice guidelines
- Submission of any applicable (referring to both custody and health services) policy and procedure changes made (with changes highlighted for easy identification by NCCHC staff)

Focus Survey Results as of June 13, 2024:

We reviewed evidence of communication between the vendor's statewide director of nursing and the state nursing board representative. The state board of nursing noted the current practice of pre-pouring the segregated inmate's medications into well-identified pill envelopes was a safe practice and within the scope of the duties of an LPN and RN. In addition, she noted she did not define the practice as "dispensing" but of "administering" medications. The facility did add a tackle box upfitted with a large metal lock to transport the pill envelopes to the segregation unit. Keys were added to the appropriate key rings, which are stored in the key manager. Policy changes were made to include the use of the locked box. We reviewed the signature roster to confirm that staff had been trained in the April and May 2024 staff meetings. **The standard is now fully met.**

**P-D-02 Medication Services (E).**

| | *The compliance indicator is:* | | |
|---|---|---|---|
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. Medications are administered or delivered to the patient in a timely and safe manner. | X | | |
| 2. Prescription medications are given only by order of a physician, dentist, or other legally authorized individual. | X | | |
| 3. A policy identifies the expected time frames from ordering to administration or delivery to the patient and a backup plan if the time frames cannot be met. | X | | |
| 4. The responsible physician determines prescribing practices in the facility. | X | | |
| 5. If the facility maintains a *formulary*, there should be a documented process for obtaining nonformulary medications in a timely manner. N/A if the facility does not use a formulary | X | | |
| 6. Medications are prescribed only when clinically indicated. | X | | |
| 7. Medications are kept under the control of appropriate staff members, except for *self-medication programs* approved by the facility administrator and responsible physician. | X | | |

| | | | |
|---|---|---|---|
| 8. Inmates are permitted to carry medications necessary for the emergency management of a condition when ordered by a prescriber. | X | | |
| 9. Inmates entering the facility on verifiable prescription medication continue to receive the medication in a timely fashion, or justification for an alternate treatment plan is documented. | X | | |
| 10. The ordering prescriber is notified of the impending expiration of an order so that the prescriber can determine whether the drug administration is to be continued or altered. | X | | |
| 11. All aspects of the standard are addressed by written policy and defined procedures. | X | | |

**Comments:**

As mentioned in P-D-01, the segregation unit medications are dispensed into individual packets in the health clinic, with inmates' name, number, date, and dose written on the envelope. The envelopes are then placed into a bag, rather than a secured/locked box or medication cart, including controlled substance medications, and are carried to the unit unsecured and administered upon arrival.

In addition to the safety concerns the unsecured medication transport poses, while observing medication administration in the segregation unit, there was no verification of identification to verify the right patient receives their prescribed medications. Additionally, while security staff were present, we did not see any checks of the inmates' mouths to ensure they swallowed their medication, posing risk for diversion.

**Corrective action:**

The facility is to submit corrective action to NCCHC for Compliance Indicator #1. Acceptable documentation and evidence of compliance includes:

- A joint plan by the RHA and facility administrator that addresses how medications will be transported throughout the facility in a secured manner going forward
- Submission of any applicable policy and procedure changes made (with changes highlighted for easy identification by NCCHC staff)
- Evidence of staff training for all clinical staff involved in administering medications, including course content and attendance records (i.e., sign in sheets)

**Focus Survey Results as of June 13, 2024:**

The facility purchased a tackle box which was upfitted with a hasp and metal lock. Keys were added to the appropriate key rings for the nurses. The staff were trained in the appropriate way to identify the inmate prior to giving the medications each day, which is also described in the updated policy revisions. We reviewed the signature rosters to verify staff had been training over two different staff meetings to ensure all staff received it. **The standard is now fully met.**

| P-D-07 Emergency Services and Response Plan (E). | | | |
|---|---|---|---|
| | *The compliance indicator is:* | | |
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. The facility provides 24-hour emergency medical, dental, and mental health services. | X | | |
| 2. Facility staff provide emergency services until qualified health care professionals arrive. | X | | |
| 3. The health aspects of the documented emergency response plan are approved by the responsible health authority and facility administrator, and include, at a minimum: | | | |
| a. Responsibilities of health staff | X | | |
| b. Procedures for triage for multiple casualties | X | | |
| c. Predetermination of the site for care | X | | |
| d. Emergency transport of the patient(s) from the facility | X | | |
| e. Use of an emergency vehicle | X | | |
| f. Telephone numbers and procedures for calling health staff and the community emergency response system (e.g., hospitals, ambulances) | X | | |
| g. Use of one or more designated hospital emergency departments or other appropriate facilities | X | | |
| h. Emergency on-call physician, dental, and mental health services when the emergency health care facility is not nearby | X | | |
| i. Security procedures for the immediate transfer of patients for emergency care | X | | |
| j. Procedures for evacuating patients in a mass disaster | X | | |
| k. Alternate backups for each of the plan's elements | X | | |
| l. Time frames for response | X | | |
| m. Notification to the person legally responsible for the facility | X | | |
| 4. *Mass disaster drills* are conducted so that each shift has participated over a 3-year period, including satellites. | X | | |
| 5. A health emergency *man-down drill* is practiced once a year on each shift where health staff are regularly assigned, including satellites. | X | | |

| | Fully Met | Partially Met | Not Met |
|---|---|---|---|
| 6. The mass disaster and man-down drills are *critiqued,* the results are shared with all health staff, and recommendations for health staff are acted upon. | X | | |
| 7. All aspects of the standard are addressed by written policy and defined procedures. | X | | |

**Comments:**

The facility had appropriate man down drills for 2023, but due to medical vendor change and staff turnover, there were none documented for 2022 and only one for 2021.

**Corrective action:**

The facility is to submit corrective action to NCCHC for Compliance Indicator #5. Acceptable documentation and evidence of compliance includes:

- A plan by the RHA that addresses how man-down drills will be conducted in the future so that such event is practiced at least once a year on each shift where health staff are present going forward

**Focus Survey Results as of June 13, 2024:**

The new vendor's policy outlines how man-down drills are to be conducted annually on each shift where health staff are present. All documentation will be placed into a binder in the HSA's office. At the time of the survey, facility and vendor staff were discussing the use of a shared electronic drive in order to store documentation and ensure its accessibility in the event of a vendor change. This drive would be owned by the facility, not the vendor. **The standard is now fully met.**

## P-E-06 Oral Care (E).

| | *The compliance indicator is:* | | |
|---|---|---|---|
| | **Fully Met** | **Partially Met** | **Not Met** |
| 1. *Oral care* under the direction and supervision of a licensed dentist is provided to each inmate. | X | | |
| 2. Care is timely and includes immediate access for urgent conditions. | X | | |
| 3. *Oral screening* is performed as soon as possible but no later than 7 calendar days from admission. | X | | |
| 4. Oral screening may be done by the dentist or qualified health care professional who has received documented training approved or provided by the dentist. | X | | |
| 5. Instruction in oral hygiene and preventive oral education are given within 30 days of admission. | X | | |
| 6. An *oral examination* is performed by a dentist within 30 days of admission. | X | | |

| | | | |
|---|---|---|---|
| 7. *Oral treatment*, not limited to extractions, is provided according to a treatment plan based on a system of established priorities for care when, in the dentist's judgment, the patient's health would otherwise be adversely affected. | X | | |
| 8. Radiographs are used in the development of the treatment plan. | X | | |
| 9. Consultation through referral to oral health care specialists is available as needed. | X | | |
| 10. Each inmate has access to the preventive benefits of fluorides in a form determined by the dentist to be appropriate for the individual's needs. | X | | |
| 11. Extractions are performed in a manner consistent with community standards of care. | X | | |
| 12. All aspects of the standard are addressed by written policy and defined procedures. | X | | |

**Comments:**

The initial oral screening as well as the 30 day dental exam takes place at the intake facility, prior to the inmate being transferred to this facility. Once an inmate arrives at this facility, there is no dental care available. (See P-A-01).

**Corrective action:**

The facility is to submit corrective action to NCCHC for Compliance Indicators #1, #2, #7-#9 and #11. Acceptable documentation and evidence of compliance includes:

- A plan by the RHA that addresses:
  - How timely oral care under the direction and supervision of a licensed dentist is provided to each inmate going forward
  - How oral care will be timely and include immediate access for urgent conditions going forward
  - What oral treatment options, not limited to extractions, are provided to ensure compliance with the standard and consistency with community practice going forward
  - How radiographs will be used in developing a treatment plan going forward
  - How consultation through referral to oral health care specialists are available as needed going forward
- Evidence dental x-rays with developing capacity are being completed, or how this compliance indicator is being addressed and corrected (i.e., documentation showing how the current processor is being updated or how a new x-ray machine with processing capability is being researched, obtained, and information regarding plans for its implementation)
- Submission of a 60-day log, including all individuals currently on the wait list to see a dentist, of all oral care requests and encounters with the dentist and reporting information to verify on-site dental services beyond extractions are provided and off-site dental consultation referrals are being completed in timely manner, which includes:
  - Inmate number
  - Date of oral care request
  - Nature of (reason for) the request

| |
|---|
| ○ Date on-site dental service was completed<br>○ On-site oral treatment rendered (i.e., extraction, filling, exam, cleaning, etc.)<br>○ Date off-site consultation referral requested, when applicable<br>○ Date off-site consultation referral completed, when applicable<br>○ Duration of time between date oral care was requested and when the encounter was completed with a dentist |
| Focus Survey Results as of June 13, 2024: |
| Since the survey in November 2023, the facility has actively been attempting to hire a dentist. Efforts were made by way of mailings, emails, Zoom calls and presentations, cold calling, visiting community providers, contacting local universities, etc. The search was successful, and a new full time dentist was hired May 31, 2024, and began on June 3, 2024. Prior to that time, the first part of the plan was to bring in other dentists from other vendor sites to assist with triaging and prioritizing the patients who had submitted requests. A temporary dental team was contracted to come on-site three days a week from January through March to provide dental care. Beginning in April of 2024, the statewide dental director was on site and initiated an excellent triage and prioritization process as well as treating patients. Chart reviews during this survey verified that patients are being seen and all required aspects of dental care are provided, including x-rays and referrals to off-site specialists as needed. We reviewed a log of individuals on the wait list; there are 472 encounters that had not been completed at the time of the focus survey. Those encounters represent 393 individuals. The facility averages three new dental health services requests per day. With the current plan in place of the dentist triaging and prioritizing all health service requests and seeing 15-20 patients a day, the HSA projected the dental log would be current within 4-6 weeks, if not sooner. We were impressed with the evidence of improved dental care and appropriate prioritization of patients. **The standard is now fully met.** |

©NCCHC (2018) All rights reserved.