IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| *JOHN C. DUVALL,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-4160-SRB |
| | ) | |
| *EARL D. SCOTT, KEITH SEGALL, CENTURION OF MISSOURI, LLC, ERNEST JACKSON, and DR. PASKAR, DDS,* | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT CENTURION OF MISSOURI, LLC'S SECOND SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES</u>**

COMES NOW Defendant Centurion of Missouri, LLC, by and through its attorneys Sandberg Phoenix & von Gontard, P.C, and for its Second Supplemental Answer to Plaintiff's Fourth Set of Interrogatories, states as follows:

**Interrogatory No. 17:** For each dental HSR triaged from November 15, 2021, to the present, identify the following:

<u>OBJECTION:</u> This interrogatory is overbroad, unduly burdensome, not proportional to the needs of the case and seeks information that is not relevant to the claim or defense of any party. Further, this Interrogatory seeks the disclosure of information that is not in the possession, custody or control of Defendant.

**<u>SUPPLEMENTAL ANSWER:</u> Subject to and without waiving the foregoing objection, and after reasonable efforts to obtain documentation of the tracking of HSRs at Missouri Department of Corrections facilities, and in addition to the documents previously produced as DUVALL 0022317-0025784, 0297162-0297167, and 0315567-0315734, see reports attached hereto and incorporated herein by**

EXHIBIT
I

**reference as DUVALL 0317060, an excel spreadsheet reflecting tracking at Maryville Treatment Center produced in its native format, DUVALL 0317061-0317062, handwritten notes from Jefferson City Correctional Center, and DUVALL 0317063-0317065, Excel spreadsheets reflecting the manual entry of HSR data into a smartsheet. These documents are the result of manual input of data, and the process resulting in these documents began in November 2025. Prior to November 2025, information resulting in HSRs was, at times, manually aggregated by each site in various forms, and the only such form that could be located after a diligent search was DUVALL 0316040-0316041. All available documents reflecting the manual aggregation of data regarding HSRs prior to November 2025 is attached hereto as DUVALL 0316042- 0316044. Data regarding HSRs was inputted to MOCIS at various times subject to the limitations of MOCIS. MOCIS only allows HSR reports to be run on a facility-by-facility basis with the limitations previously disclosed. Attached hereto and incorporated herein by reference as DUVALL 0317066 is an HSR tracking report run from MOCIS for ERDCC covering the period of January 1, 2026, through June 30, 2026. Defendant continues to work to gather HSR tracking reports for all other facilities for a more expansive period of time, and will produce them as soon as they are available, but the limitations of MOCIS create impediments to this effort.**

**The only method to provide the full information sought in this interrogatory would be manual entry of data regarding the HSRs that are currently available (i.e. the data contained in the aforementioned reports), followed by manual entry of data reflecting the care related to any specific HSR. Plaintiff now has the same data sets as Defendant, and thus can perform this manual data entry and aggregation to the same extent as Defendant. The Missouri Department of Corrections' MOCIS system does not currently have the capability to track the care sought in an HSR through to completion absent manual data entry as more fully explained by Defendant's corporate designee.**

**Interrogatory No. 18:** From October 2024 to present, identify the following for every

offender in MDOC facilities:

<u>OBJECTION:</u> This interrogatory is overbroad, unduly burdensome, not proportional to the needs of the case and seeks information that is not relevant to the claim or defense of any party. Further, this Interrogatory seeks the disclosure of information that is not in the possession, custody or control of Defendant.

**<u>SUPPLEMENTAL ANSWER:</u> See Supplemental Answer to Interrogatory No. 17.**

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ *Dennis S. Harms*

Dennis S. Harms, #58937
Slater G. Felzien, #73110
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
sfelzien@sandbergphoenix.com

*Attorneys for Defendant*
*Centurion of Missouri, LLC*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing *Second Supplemental Answers to Plaintiff's Fourth Set of Interrogatories* was sent via electronic mail, this the 25th day of July 2026, to the following counsel of record:

Ruth Anne French-Hodson
Nathan A. Kakazu
Sarah T. Bradshaw
Sharp Law, LLP
rafrenchhodson@midwest-law.com
nkakazu@midwest-law.com
sbradshaw@midwest-law.com
*Attorneys for Plaintiff*

Adam J. Merello
Justin Larson
Office of The Missouri Attorney General
adam.merello@ago.mo.gov
justin.larson@ago.mo.gov
*Counsel for Defendants Missouri Department of Corrections*

/s/ *Dennis S. Harms*