IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| *JOHN C. DUVALL,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-4160-SRB |
| | ) | |
| *CENTURION OF MISSOURI, LLC,* | ) | |
| *TREVOR FOLEY, and KAREN S. BOEGER,* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CENTURION OF MISSOURI, LLC'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIFTH SET OF INTERROGATORIES**

COMES NOW Defendant, Centurion of Missouri, LLC, and for its Answers and Objections to Plaintiff's Fifth Set of Interrogatories respectfully states as follows:

**Interrogatory No. 19:** For the Dental Intake Examination identified on page 1 of the Missouri Dental Treatment Guidelines, Revision 1, identify how the Dental Charting Guide (R&O) assessment and documentation: (a) is the same as the Clinical Oral Evaluation listed as ADA Procedure Code D0150 (comprehensive oral evaluation - new or established patient); (b) is different the Clinical Oral Evaluation listed as ADA Procedure Code D0150 (comprehensive oral evaluation - new or established patient)

**ANSWER: D0150 is a code used for billing purposes in community dentistry, specifically for a "Comprehensive Oral Examination – New or Established Patient," with certain guidelines regarding its use. The charting guide for a Dental Intake Examination at a Reception and Orientation site is different insofar as it is a charting guide and not a billing code. They are similar insofar as the use of D0150 indicates that certain aspects of a dental examination were performed and the charting guide suggests that overlapping aspects of a dental examination be performed. D0150 and the charting guide are fundamentally different because D0150 is used as a billing code in community dentistry while the charting guide contemplates a scenario that a community dentist would not encounter, i.e. a patient being screened upon arrival into the carceral setting.**

EXHIBIT
J

**Interrogatory No. 20:** For the Periodic Dental Examination identified on pages 11-12 of the Missouri Dental Treatment Guidelines, Revision 1, identify how the Periodic Oral Examination Guide assessment and documentation: (a) is the same as the Clinical Oral Evaluation listed as ADA Procedure Code D0120 (periodic oral evaluation - established patient); (b) is different the Clinical Oral Evaluation listed as ADA Procedure Code D0120 (periodic oral evaluation - established patient).

**ANSWER: D0120 is a code used for billing purposes in community dentistry, specifically for a "Periodic Oral Evaluation - Established Patient," with certain guidelines regarding its use. The Periodic Oral Examination described in the Guidelines are fundamentally different insofar as a patient in the community setting is not automatically scheduled for care and must request care. They are similar insofar as the use of D0120 indicates that certain aspects of a dental examination were performed and the Guidelines suggest that overlapping aspects of a dental examination and dental care be performed.**

**Interrogatory No. 21:** Identify all patients who have received any type of periodontal care from October 1, 2024, to June 30, 2026 including (1) the date of care; (2) what care was provided.

**OBJECTION: Defendant objects to this Interrogatory insofar as a comprehensive answer would require review of the dental records of over 20,000 people incarcerated in Missouri Department of Corrections' facilities, and thus is overly broad, unduly burdensome and not proportional to the needs of the case.**

**Interrogatory No. 22:** From October 1, 2024, to June 30, 2026, identify all inmates whose dental health records contain notification of risk factors for periodontal disease including (1) the date those risk factors were identified, and (2) what information is available on MOCIS about the risk factors.

**OBJECTION: Defendant objects to this Interrogatory insofar as a comprehensive answer would require review of the dental records of over 20,000 people incarcerated in Missouri Department of Corrections' facilities, and thus is overly broad, unduly burdensome and not proportional to the needs of the case.**

SANDBERG PHOENIX & von GONTARD P.C.

By: *_/s/ Dennis S. Harms________________*

Dennis S. Harms, #58937
Slater G. Felzien, #73110
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
sfelzien@sandbergphoenix.com

*Attorneys for Defendant Centurion of Missouri, LLC*

**Certificate of Service**

I hereby certify that on this the 25th day of August, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ruth Anne French-Hodson
Nathan A. Kakazu
Sarah T. Bradshaw
Hans D. Hodes
Ryan C. Hudson
Bradley S. Thomas
Sharp Law, LLP
rafrenchhodson@midwest-law.com
nkakazu@midwest-law.com
sbradshaw@midwest-law.com
hhodes@midwest-law.com
bthomas@midwest-law.com
rhudson@midwest-law.com
*Attorneys for Plaintiff*

Adam J. Merello
Assistant Attorney General
adam.merello@ago.mo.gov
*Attorney for Defendants*
*Trevor Foley and Karen S. Boeger*

*/s/ Dennis S. Harms*