IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| *JOHN C. DUVALL,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-4160-SRB |
| | ) | |
| *CENTURION OF MISSOURI, LLC,* | ) | |
| *TREVOR FOLEY, and KAREN S. BOEGER,* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CENTURION OF MISSOURI, LLC'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL TO SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

COMES NOW Defendant, Centurion of Missouri, LLC ("Centurion"), by and through its undersigned counsel, and moves this Court for an order granting leave to file Defendant's Exhibit K under seal ("Exhibit") submitted in support of Defendant's Suggestions in Opposition to Plaintiff's Motion for Class Certification. In support of this Motion Defendant states the following:

1. On March 5, 2026, this Court entered the Amended Agreed Protective Order ("Protective Order") (Doc. 241). This Protective Order sets forth various types of confidential information and the process for designating documents, discovery responses, or depositions as confidential.

2. Exhibit K to the Suggestions in Opposition to Plaintiff's Motion for Class Certification contains certain information Defendant has designated as "CONFIDENTIAL" under the Protective Order.

3. Pursuant to the Protective Order, Defendant seeks to file under seal the Exhibit marked as Confidential within the Suggestions in Opposition to Plaintiff's Motion for Class Certification.

4. Under the Protective Order, "The party asserting the Confidential Information designation then must file a motion to seal such information within 7 days. Any response to that motion must be filed within 7 days. If the motion is granted and the requested document is permitted to be filed under seal, only counsel of record and unrepresented parties will have access to the sealed documents." (Doc. 241 at 5).

WHEREFORE, Defendant Centurion moves this Court for an order granting leave to file under seal Exhibit K to the Suggestions in Opposition to Plaintiff's Motion for Class Certification and granting such other and further relief as the Court deems appropriate.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Dennis S. Harms*

Dennis S. Harms, #58937
Slater G. Felzien, #73110
701 Market Street, Suite 600
St. Louis, MO 63101-1826
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
sfelzien@sandbergphoenix.com

*Attorneys for Defendant Centurion of Missouri, LLC*

## Certificate of Service

I hereby certify that on this the 18th day of November 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ruth Anne French-Hodson
Nathan A. Kakazu
Sarah T. Bradshaw
Hans D. Hodes
Ryan C. Hudson
Bradley S. Thomas
Sharp Law, LLP
rafrenchhodson@midwest-law.com
nkakazu@midwest-law.com
sbradshaw@midwest-law.com
hhodes@midwest-law.com
bthomas@midwest-law.com
rhudson@midwest-law.com
*Attorneys for Plaintiff*

Adam J. Merello
Assistant Attorney General
adam.merello@ago.mo.gov
*Attorney for Defendants*
*Trevor Foley and Karen S. Boeger*

*/s/ Dennis S. Harms*