DEFENDANT'S EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| JOHN C. DUVALL, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-04160-CV-SRB-P |
| | ) | |
| EARL D. SCOTT, *et.al*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANT KAREN BOEGER'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Karen Boeger, by and through the undersigned counsel, makes the following objections and answers to Plaintiff's First Set of Interrogatories to Karen Boeger as follows:

**Interrogatories**

**Interrogatory No. 1:** State your full name, current residential address, current work address, current work phone number, current home phone number, the phone number for any cell phone that You possess or use, date of birth, social security number, and any professional license numbers.

**ANSWER: Karen Boeger**

**301 West High Street, Rm 630**

**Jefferson City, MO 65101**

**I can be reached through undersigned counsel.**

**Interrogatory No. 2:** Other than Your attorneys and insurance company representatives, Identify every person with whom You have communicated about Plaintiff.

**ANSWER: None.**

**Interrogatory No. 3:** Other than Your attorneys, Identify every person with whom You have communicated about awarding Contract Number CS210318001 to Centurion of Missouri, LLC, including any employee or representative of the Missouri Department of Corrections, and any amendments to such contract.

**ANSWER: In addition to e-mail communications to be provided in discovery, Defendant may have had communications with the Assistant Director, Section Manager, Buyer, or similar personnel regarding Contract Number CS210318001. Defendant may also have had communications with Program or Department Leadership for the Missouri Department of Corrections. Defendant does not currently recall any specific communications other than what will be provided in discovery.**

**The awarded bid and contract is available at the following website: https://purch.oa.mo.gov/bidding-and-contracts-contracts/awarded-bid-contract-document-search**

**Interrogatory No. 4:** Provide Your employment history since August 24, 2018, identifying Your employer, dates of employment, job title(s), job duties, and reason for leaving (if applicable).

**ANSWER: Director, Division of Purchasing, Office of Administrations, State of Missouri; May 2014 - Present.**

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

<u>*/s/ Olivia L. Finley*</u>______________

Olivia L. Finley
Assistant Attorney General
Missouri Bar No. 76610
207 West High Street
Jefferson City, Missouri 65101
Phone: (573) 751-3321
Email: olivia.finley@ago.mo.gov
*Attorney for Defendants Foley and Boeger*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via email this 24th day of February, 2025.

<u>/s/ *Olivia L. Finley*</u>
Assistant Attorney General

## VERIFICATION

Pursuant to Fed. R. Civ. P. 33, I hereby certify that this is my full and complete response to Plaintiff's First Set of Interrogatories and make this statement under oath.

Karen S. Boeger 2/24/25

Karen S. Boeger

DAWN JACKSON
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 9, 2028
CALLAWAY COUNTY
COMMISSION #12416164

Dawn Jackson 2/24/25