DEFENDANT'S EXHIBIT
3

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN DUVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:23-cv-04160-SRB |
| | ) | |
| EARL SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT TREVOR FOLEY'S RESPONSE TO PLAINTIFF'S SECOND REQUESTS FOR ADMISSIONS DIRECTED TO DEFENDANT TREVOR FOLEY

Defendant Trevor Foley responds to Plaintiff's Second Requests for Admissions directed to Defendant Trevor Foley.

### Requests for Admission

**Request No. 1:** Admit that Plaintiff filed his Informal Resolution Request, Grievance, and Grievance Appeal for Grievance # JCCC-22-888 in accordance with the procedures in D5-3.2.

**Response: Admitted.**

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

/s/ *Michael Rose*

Michael Rose
Assistant Attorney General
Missouri Bar No. 79298
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
(816)-889-2434
Michael.Rose@ago.mo.gov
*Attorney for Defendant Foley*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I sent the foregoing to the following recipients via email:

Ruth Anne French #65461
Nathan A. Kakazu #70157
Sharp Law, LLP
4820 W. 75th St.,
Prairie Village, KS 66208 Telephone: (913) 901-0505
Facsimile: (913) 261-7564
rafrench@midwest-law.com nkakazu@midwest-law.com

*Attorneys for Plaintiff John C. Duvall*

Dennis S. Harms, Mo. Bar #58937
Slater G. Felzien, Mo. Bar #73110
SANDBERG PHOENIX & von GONTARD
701 Market Street, Suite 600 St. Louis, MO 63101-1826 314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
sfelzien@sandbergphoenix.com

*Attorneys for Defendants Centurion of Missouri, LLC*

*/s/Michael Rose*
Attorney for Defendant Foley